# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Dominic Pierre Wilder Finch )
_____ )
_____ )
_____ )
_____ )
**(Full Name of Plaintiff or Plaintiffs)** )
           **vs** )
Sodexo )
_____ )
_____ )
_____ )
_____ )
**(Full Name of Defendant or Defendants)** )

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2015 OCT 13 A 11: 38

JON W. SANFILIPPO
CLERK

Case No. **15-C-1222**
_____
       **(Supplied by Clerk)**

## COMPLAINT

## I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court relating to the same occurrence involved in this action?
    ☐ YES      ☒ NO

B. Have you begun other lawsuits in state or federal court?
    ☐ YES      ☒ NO

C. If your answer to A or B was YES, provide the requested information below. If there is more than one lawsuit, describe each additional one on a separate sheet of paper, using the same outline.

    1. Parties to the previous lawsuit

        Plaintiff(s) _____

        _____

        Defendant(s) _____

        _____

        _____

    2. Court in which lawsuit brought (if federal court, name district: if state court, name the county)
        _____

Revised 05/2013

3. Docket number _____

4. Current status (for example: Was the case dismissed? Was it appealed? Is it still pending)?

_____

_____

5. Approximate date of filing lawsuit _____

6. Approximate date of disposition _____

## II. PARTIES

A. Your name (PLAINTIFF) Dominic Pierre Wilder Finch

B. Your Address and Phone Number 1554 South 15th Street, Milwaukee WI, 53204, 414-326-7316
(If there is more than one plaintiff, use the margin for extra space if you need it. List the address only if it is different from the address listed above).

C. DEFENDANT (name) Sodexo

D. Defendants address 729 North 11 Street, Milwaukee WI, 53233

E. Additional DEFENDANTS (names and addresses) _____

_____

_____

_____

## III. STATEMENT OF CLAIM (follow instructions carefully)

State briefly as possible the *essential facts* of your case. Tell what each defendant did to you that caused you to file this suit against them. If you are complaining about more than one wrong, use a separate **numbered** paragraph for each wrong, and describe each wrong in that paragraph and only that paragraph. State only the facts. *Do not give any legal theories or arguments, do not cite any cases or statutes. Do not feel you have to use all the space.* USE NO MORE THAN THE SPACE PROVIDED. THE COURT STRONGLY DISAPPROVES OF STATING CLAIMS OUTSIDE THE SPACE PROVIDED.

Begin statement of claim: _____

I. On January 21, 2014, I began working for the Respondent at its Marquette University location as a Utility Worker. In October 2014, I made a Complaint to Human Resources and to my managers that I felt I was being discriminated against and harassed. I was Suspended on December 3, 2014 and on February 13, 2015 and also during the Month of October and the Another in November.

II. I was discriminated against in retaliation for making a Protected Complaint, in that I was Suspended, in violation of Title VII of the Civil Rights Act of 1964.

III. I was discriminated against in retaliation for making a protected Complaint, in that I was discharged from employment.

IV. In December 2014, I was suspended for double the amount of days that a person should be suspended for, 10 days. The two suspensions were consecutive and went into the December/Christmas break.

V. The constant and consecutive Suspensions caused me to lose my place of residence and I had to move in with a friend of mines. I began losing my indepedance.

**STATEMENT OF CLAIM**-Continued

VI   I made several attempts to contact the Union
     before the final investigatory hearing with Sodexo
     and recieved word ~~that~~ from the Union that they
     would not represent me at the hearing.


VII  I was terminated without Union representation.

**STATEMENT OF CLAIM**-Continued

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

END STATEMENT OF CLAIM

Revised 05/2013

## IV. RELIEF YOU REQUEST

State exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. DO NOT USE THIS SPACE TO STATE THE FACTS OF YOUR CLAIM. USE IT ONLY TO REQUEST REMEDIES FOR THE INJURIES YOU COMPLAIN ABOUT. Use only the space provided. The court strongly disapproves of requesting remedies outside the space provided.

1) I want to be made whole

2) Punative Damages

3) Monetary Compensation

4) Lost Wages

5) Emotional and Mental Distress injuries Compensation

6) $ 100,000.00

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __13+h__ day of __October__ , __2015__ .

_Dominic Willerfinch_

_____
(Signature of Plaintiff(s))