_Amended_

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Dominic Pierre Wilder Finch ⟩
_____ ⟩
_____ ⟩
_____ ⟩
_____ ⟩
_____ ⟩
**(Full Name of Plaintiff or Plaintiffs)** ⟩
⟩
vs ⟩
Sodexo, inc ⟩
_____ ⟩
_____ ⟩
_____ ⟩
_____ ⟩
**(Full Name of Defendant or Defendants)** ⟩

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2015 OCT 29 P 12: 3

JON W. SANFILIPPO
CLERK

Case No. _____
(Supplied by Clerk)

## COMPLAINT

## I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court relating to the same occurrence involved in this action?
☐ YES  ☒ NO

B. Have you begun other lawsuits in state or federal court?
☐ YES  ☒ NO

C. If your answer to A or B was YES, provide the requested information below. If there is more than one lawsuit, describe each additional one on a separate sheet of paper, using the same outline.

1. Parties to the previous lawsuit

Plaintiff(s) _____

_____

Defendant(s) _____

_____

_____

2. Court in which lawsuit brought (if federal court, name district: if state court, name the county)

_____

Revised 05/2013

3. Docket number _____

4. Current status (for example: Was the case dismissed? Was it appealed? Is it still pending)?

_____

_____

5. Approximate date of filing lawsuit _____

6. Approximate date of disposition _____

## II. PARTIES

A. Your name (PLAINTIFF) _Dominic Pierre Wilder Finch_

B. Your Address and Phone Number _1554 South 15th Street, Milwaukee WI, 53204 , 414-326-7316_
(If there is more than one plaintiff, use the margin for extra space if you need it. List the address only if it is different from the address listed above).

C. DEFENDANT (name) _Sodexo, Inc_

D. Defendants address _729 North 11th Street, Milwaukee WI, 53233_

E. Additional DEFENDANTS (names and addresses) _____

_____

_____

_____

## III. STATEMENT OF CLAIM (follow instructions carefully)

State briefly as possible the *essential facts* of your case. Tell what each defendant did to you that caused you to file this suit against them. If you are complaining about more than one wrong, use a separate **numbered** paragraph for each wrong, and describe each wrong in that paragraph and only that paragraph. State only the facts. *Do not give any legal theories or arguments, do not cite any cases or statutes. Do not feel you have to use all the space.* USE NO MORE THAN THE SPACE PROVIDED. THE COURT STRONGLY DISAPPROVES OF STATING CLAIMS OUTSIDE THE SPACE PROVIDED.

Begin statement of claim: 1. On January 21st, 2014, I began Work for the respondet at its Marquette University location as a Utility Worker. In October 2014, I made a Complaint to Human Resources and to my Managers that I felt I was being discriminated based on my race and religion and harassed by Management in the hall I worked in. I was suspended Four times, in October of 2014, November of 2014, December 2014, and Febuary of 2015.

11. In December 2014 I was suspended with no due process or warnings over a minor issue. I was give two No Consecutive Five day Suspentions, before the December break, leaving me off work from December 3rd, 2014 to January 10th, 2015. These actions taken against me are against the Companies own policy as well as the Union/company Contract. I was suspended for 10 Days and given no paperwork.

111. The Constant and Consecutive Suspensions cause me to fall behind in Rent Payments and lose my place of residence and I had to move in with a friend. I began losing my independance.

VI Terminated without Union Representation at the final Hearing which is against Sodexo's policy according to it's Contract with the union.

## STATEMENT OF CLAIM-Continued

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Revised 05/2013

## STATEMENT OF CLAIM-Continued

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

END STATEMENT OF CLAIM

Revised 05/2013

## IV. RELIEF YOU REQUEST

State exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. DO NOT USE THIS SPACE TO STATE THE FACTS OF YOUR CLAIM. USE IT ONLY TO REQUEST REMEDIES FOR THE INJURIES YOU COMPLAIN ABOUT. Use only the space provided. The court strongly disapproves of requesting remedies outside the space provided.

1) I want to be Made Whole

2) Punitive Damages

3) Monetary Compensation for lost Wages

4) Emotional and Mental Distress Injuries Compensation

5) $ 100,000.00

6) Punative Damages

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___29th___ day of ___October___, ___2015___.

_Dominic Wildefinsh_

(Signature of Plaintiff(s))